# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## ACCOUNTANT FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | MARIA E. BURTON | APPLICANT: | F.I.R.S.T. |
| CASE NO. | 07-23266 (RG) | CLIENT: | Joseph J. Newman, Trustee |
| CHAPTER: | 7 | CASE FILED: | September 17, 2007 |

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY. RETENTION ORDERS ATTACHED.

SIGNATURE OF APPLICANT            DATE

## SECTION I
## FEE SUMMARY

FINAL FEE APPLICATION NO.     1

| | |
|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $ 0 |
| TOTAL FEES ALLOWED TO DATE: | $ 0 |
| TOTAL RETAINER (IF APPLICABLE): | $ 0 |
| TOTAL HOLDBACK (IF APPLICABLE): | $ 0 |
| TOTAL RECEIVED BY APPLICANT: | $ 0 |

| NAME OF PROFESSIONAL AND TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| 1. SEE ATTACHED SCHEDULE | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | 1,472.50 |
| DISBURSEMENTS TOTAL - PAGE 3 | 34.40 |
| TOTAL FEE APPLICATION | 1,506.90 |

## MARIA E. BURTON
## ATTACHMENT TO INVOICE

| ACCOUNTANT | | | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| NICHOLAS J. DELZOTTI | - PARTNER | 2009 | 2.00 | $ 300.00 | $ 600.00 |
| WILLIAM J. SPEED | - MANAGER | 2009 | 1.00 | 225.00 | 225.00 |
| ROBERT GROCHOCKI | - SR. ACCOUNTANT | 2009 | 3.70 | 175.00 | 647.50 |
| TOTAL | | | 6.70 | 219.78 | 1,472.50 |
| EXPENSES (SECTION III) | | | | | 34.40 |
| TOTAL | | | 6.70 | $ 224.91 | $ 1,506.90 |

# SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) Telephone Calls | | |
| b) Correspondence Drafted/Reviewed | 0.60 | 180.00 |
| c) Court Appearance & Trial Preparation | | |
| d) Planning and Administration: (1) Staff Meetings | | |
| (2) Work Program & Scope of Services | | |
| e) Meetings with Parties to Case | 1.60 | 420.00 |
| f) Review of File | | |
| g) Travel Time - at 50% of normal rate | | |
| h) Analyze Cash Flow and Debtor Performance | | |
| I) Analyze Assets and Liabilities | | |
| j) Maintenance and Preparation of Books | | |
| k) Prepare and Review DIP Reports | | |
| l) Prepare Financial Statements and Reports | | |
| m) Prepare Payroll and Income Tax Returns | 3.70 | 722.50 |
| n) Obtain and Inventory Records | | |
| o) Investigate and Documentation of Preferences and Fraudulent Conveyances | | |
| p) Analyze and Document Proof of Claim | | |
| q) Prepare Schedules and Statement of Financial Affairs | | |
| r) Plan and Disclosure Statement Services | | |
| s) Prepare Fee Application | 0.80 | 150.00 |
| t) Other Services: (Con't Other Services to Separate Page in Needed) | | |
| **SERVICES TOTALS:** | 6.70 | 1,472.50 |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---:|
| a) Telephone | |
| b) Messenger Service | |
| c) Photocopying<br>No. of Pages  127  Rate per Page  0.20 | 25.40 |
| d) Travel - Exhibit B | - |
| e) Postage | |
| f) Overnight Mail | |
| g) Facsimile Charges (outgoing only) | 9.00 |
| h) Other (explain) | |
| **DISBURSEMENT TOTAL:** | 34.40 |

## SECTION IV
## CASE HISTORY

( 1 )   DATE CASE FILED:    September 17, 2007

( 2 )   CHAPTER UNDER WHICH CASE WAS COMMENCED:    Chapter 7

( 3 )   DATE OF RETENTION:    September 23, 2009
    (ANNEX OF ORDERS)
    IF LIMIT ON NUMBER OF HOURS OR OTHER LIMITATION TO RETENTION,
    SET FOURTH:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

IN THE MATTER OF

MARIA E. BURTON

DEBTOR

AFFIDAVIT FOR FINAL
ALLOWANCE FOR ACCOUNTANTS
CASE NO. 07-23266 (RG)

---

STATE OF NEW JERSEY
COUNTY OF ESSEX

    I, NICHOLAS J. DELZOTTI, being duly sworn, deposes and says that:

    1.    I am a partner with the of the firm of F.I.R.S.T., Former Internal Revenue Service Team, maintaining offices at 4 Concord, New Jersey 07016.

    2.    Our firm is familiar with tax procedures and accounting practices and thoroughly familiar with insolvency matters.

    3.    We perform tax and accounting services for the Trustee and Counsel in other bankruptcy matter completely unrelated to this case. With this exception, neither I nor any member of the firm is related to or has any business association with any attorney, creditor, bankrupt or debtor or any other party to these proceedings.

    4.    In accordance with Court Order dated September 23, 2009, F.I.R.S.T. was retained to perform the function of Accountants for the Debtor.

    5.    The recitation of each and every item of professional services which petitioner performed is not set forth in this application. The Court is referred to "Exhibit A" for a review of each and every item of services rendered. However, the following is a summary of the major services rendered; Benefits of Services to estate; and problems related to completing tasks.

    A.    Research tax issues.

    B.    Prepare final federal and state tax returns

In order for your petitioner to render the services outlined on the attached schedule, it was necessary to expend approximately 6.70 working hours. Based upon time expended the reasonable value of the services rendered by the petitioner is the sum of $1,472.50 for fees and $34.40 for expenses for a total of $1,506.90.

                                                                                        _____
                                                                                        NICHOLAS J. DELZOTTI

Sworn to and subscribed before me
this 11th day of December, 2009

_____
NOTARY PUBLIC   Robin B. Brown-Ali
                My commission expires 5/14/2013

<u>MARIA E. BURTON</u>

<u>EXHIBIT A</u>

| FUNCTION | DATE | ACCOUNTANT | HOURS |
|---|---|---|---|
| PREPARE AFFIDAVIT OF DISINTERESTEDNESS | 09/09/09 | ND | 0.60 |
| MEETING WITH W. SPEED AND TRUSTEE TO REVIEW FILE, RESEARCH TAX ISSUES AND DISCUSS SAME | 11/11/09 | ND | 0.80 |
| MEETING WITH TRUSTEE AND N. DELZOTTI RE: RESEARCH TAX ISSUES AND DISCUSS WITH N. DELZOTTI | 11/11/09 | WS | 0.80 |
| PREPARE FINAL TAX RETURN | 12/02/09 | RG | 3.10 |
| REVIEW AND SIGN FINAL FEDERAL AND STATE TAX RETURNS | 12/02/09 | ND | 0.60 |
| PREPARE FINAL FEE APPLICATION | 12/09/09 | RG | 0.60 |
| REVIEW FINAL FEE APPLICATION | 12/09/09 | WS | 0.20 |
| TOTAL HOURS | | | 6.70 |

Order Filed on 9/23/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>TRENK, DiPASQUALE, WEBSTER,<br>DELLA FERA & SODONO, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>(973) 243-8600<br>Michele M. Dudas (MD5029)<br>*Counsel to Joseph J. Newman, Chapter 7 Trustee* | |
|---|---|
| In re:<br><br>MARIA E. BURTON,<br><br>                                    Debtor. | Case No.: 07-23266 (RG)<br><br>Honorable Rosemary Gambardella<br><br>Chapter 7 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER AUTHORIZING RETENTION OF
### F.I.R.S.T. AS ACCOUNTANTS TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: 9/23/2009

_____
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Maria E. Burton |
| Case No.: | 07-23266 (RG) |
| Applicant: | Joseph J. Newman |

☒ Trustee:   ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Professional: F.I.R.S.T.

Address: 4 Concord Street
Cranford, NJ 07016

☐ Attorney for:

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☒ Accountant for:

    ☒ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Joseph J. Newman, Chapter 7 Trustee, is authorized to retain the professional, F.I.R.S.T., to act as accountants for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the application is filed with the Court.

F:\WPDOCS\A-M\Burton\FIRSTRet - Order.doc

2

*Approved by Judge Rosemary Gambardella September 23, 200*